UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZANNE MORAN & TIMOTHY MORAN,

                   Plaintiffs,

-against-

AECOM TISHMAN CONSTRUCTION CORPORATION,

                   Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023
```

23 Civ. 256 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 17, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by March 13, 2023. ECF No. 5. Those submissions are now overdue. Accordingly, by **March 20, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 14, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge