UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZANNE MORAN & TIMOTHY MORAN,

            Plaintiffs,

-against-

AECOM TISHMAN CONSTRUCTION CORPORATION,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2023_
```

23 Civ. 256 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submission dated March 20, 2023. ECF No. 17.[1] The parties indicate that they "consent to the trial being conducted by a [m]agistrate [j]udge" pursuant to 28 U.S.C. § 636. *Id.* at 2. Accordingly, the parties are directed to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, by **March 24, 2023**. ECF No. 6.

    SO ORDERED.

Dated: March 21, 2023
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge

---

[1] The parties' submission is styled as a "Rule 26(f) Discovery Plan Report." This is not the proper Case Management Plan and Scheduling Order that the parties were required to submit. ECF Nos. 5, 16.